IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PHLIPSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:19-cv-334-OLG |
| WURZBACH CAPITAL MANAGEMENT, INC. and LADERE DANIEL & HAJIVANCI KAMRAM d/b/a INTERNATIONAL PLAZA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING CONSENT DECREE AND**
**DISMISSAL OF DEFENDANT WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 17]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendants, WURZBACH CAPITAL MANAGEMENT, INC., and LADERE DANIEL & HAJIVANCI KAMRAN d/b/a/ INTERNATIONAL PLAZA, is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this 1st day of ~~April~~ May, 2020.

**ORLANDO L. GARCIA**
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

Copies furnished to:

Dennis R. Kurz, Attorney for Plaintiff
KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

Richard Crow, Attorney for Defendant(s)
CROW LAW FIRM, PLLC
11610 Vance Jackson #518
San Antonio, Texas 78230
rick@crowlawtexas.com